James A. Sorenson
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Post Office Box 45385
Salt Lake City, UT 84145-0385
Phone: (801) 532-1500
jsorenson@rqn.com

*Attorneys for Defendant Delta Air Lines, Inc.*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| | | |
|---|---|---|
| SARA CARUSO, | * | |
| | * | **APPLICATION FOR WRIT OF** |
| Plaintiff, | * | **CONTINUING GARNISHMENT** |
| | * | |
| vs. | * | |
| | * | **Case No. 2:24-cv-00926** |
| DELTA AIR LINES, INC., | * | |
| | * | **Judge** |
| Defendants. | * | |

Defendant Delta Air Lines, Inc. ("**Delta**" or "**Defendant**") hereby applies for a writ of garnishment against Plaintiff Sara Caruso ("**Caruso**" or "**Plaintiff**") on the following grounds:

1. That judgment has been entered in the above-cited action requiring the payment of money. The amount that remains due on the judgment as to Plaintiff Caruso is $6,416 as of July 14, 2022, plus post-judgment interest from July 14, 2022.

2. That the property to be garnished consists of:
   Wages, distributions, bonuses, commissions, or any other amounts or property due to Plaintiff Sara Caruso

   (*If known, list the nature, location, account number and estimated value of the property*)

held by:

<u>Unknown to Plaintiff</u>

(*List name, address and phone number of the person holding the property*)

3. That the business or person to be charged as garnishee is:

<u>Bountiful Flight LLC d/b/a FLT Academy</u>

4. That: (check one of the following)

[ ] a. Said property consists in whole of earnings from personal services.

[x] b. Said property consists in part of earnings from personal services.

[ ] c. Said property does not consist of earnings from personal services.

5. That the following persons are known to claim an interest in property:

<u>None that are known to Plaintiff.</u>

6. That the garnishee fee established by Utah Code Section 78A-2-216 is attached.

DATED this 16th day of December 2024.

                        RAY QUINNEY & NEBEKER P.C.

                        /s/ James A. Sorenson

                        James A. Sorenson
                        *Attorneys for Delta Air Lines, Inc.*